UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARMATHEN, S.A.,<br><br>Plaintiff,<br><br>- v -<br><br>LACHMAN CONSULTANT SERVICES, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-09127 (JPO)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all the parties who have appeared in this action, that this action and each and every claim therein is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs of this litigation or attorneys' fees assessed for or against any party.

| PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By: _____<br>H. Keeto Sabharwal, Esq.<br>Cedric C.Y. Tan, Esq. (*Pro Hac Vice*)<br>Shailendra Maheshwari (*Pro Hac Vice*)<br>Ahmed Abdel-Rahman<br>Yun Wei (*Pro Hac Vice*)<br><br>*Attorneys for Plaintiff, Pharmathen, S.A.*<br><br>1200 Seventeenth Street NW<br>Washington, DC 20036-3006<br>Tel: (202) 663-8061<br>Email: keeto.sabharwal@pillsburylaw.com<br>Email: cedric.tan@pillsburylaw.com<br>Email: Shailendra.maheshwari@pillsburylaw.com<br>Email: ahmed.abdelrahman@pillsburylaw.com<br>Email: Sophie.wei@pillsburylaw.com<br><br>Dated: June 26, 2019 | CARLTON FIELDS, P.A.<br><br>By: _____<br>Robert Novack, Esq.<br>Michael Margulies, Esq.<br><br>*Attorneys for Defendant, Lachman Consultant Services, Inc.*<br><br>405 Lexington Ave., 36th Floor<br>New York, NY 10174<br>Tel: (212) 430-5500<br>Email: rnovack@carltonfields.com<br>Email: mmargulies@carltonfields.com<br><br>Dated: June 25, 2019 |

So ordered.
July 10, 2019

_____
J. PAUL OETKEN
United States District Judge